IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEN F. SHERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT PARKS, SANDRA DuIVES, DEB GLEESON, MELEE THAO,<br>NURSE JEANNIE, DOCTOR CONNELL and PAUL MERGANHAHL<br><br>    Defendants, | JUDGMENT IN A CIVIL CASE<br><br>15-cv-84-wmc |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

| | |
|---|---|
| /s/ | 5/4/2018 |
| Peter Oppeneer, Clerk of Court | Date |